.

| | | |
|---|---|---|
| DEBORAH JEAN ARVAZZETTI<br>GARY DANTE ARVAZZETTI<br>302 3RD AVE<br>HATTIESBURG, MS 39401 | COLLECTION MANAGEMENT<br>ATTN: BANKRUPTCY<br>661 ANDERSEN DRIV<br>STE 110<br>PITTSBURGH, PA 15220 | GREENSKY<br>ATTN: BANKRUPTCY<br>5565 GLENRIDGE CONNECT<br>STE 700<br>ATLANTA, GA 30342 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | COMENITY<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 43218 | HAVARD PEST CONTROL<br>P.O. BOX 447<br>HATTIESBURG, MS 39403 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA 94108 | CONTINENTAL FINANCE<br>ATTN: BANKRUPTCY<br>4550 LINDEN HILL RD<br>STE 4<br>WILMINGTON, DE 19808 | JM ASSOCIATE<br>8019 BAYBERRY RD<br>JACKSONVILLE, FL 32256 |
| ASPIRE CREDIT CARD<br>ATTN: BANKRUPTCY<br>PO BOX 105555<br>ATLANTA, GA 30348 | CONTINENTAL FINANCE<br>ATTN: BANKRUPTCY<br>4450 NEW LINDEN HILL RD<br>STE 4<br>WILMINGTON, DE 19808 | KLARNA<br>PO BOX 8116<br>COLUMBUS, OH 43201 |
| BIRCH LENDING<br>P.O. BOX 58020<br>MINTO, AK 99758 | CREDENCE RESOURCE<br>ATTN: BANKRUPTCY<br>PO BOX 2300<br>SOUTHGATE, MI 48195 | NATIONSTAR/MR COOPER<br>350 HIGHLAND<br>HOUSTON, TX 77067 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | CREDIT COLLECTION<br>ATTN: BANKRUPTCY<br>725 CANTON ST<br>NORWOOD, MA 02062 | PERSONIFY FINANCIAL<br>PO BOX 208417<br>DALLAS, TX 92150 |
| CAPITAL ONE AUTO<br>ATTN: BANKRUPTCY<br>7933 PRESTON RD<br>PLANO, TX 75024 | CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | SIMM ASSOCIATES<br>800 PENCADER DR.<br>NEWARK, DE 19702 |
| CFNA<br>ATTN: BANKRUPTCY<br>PO BOX 81315<br>CLEVELAND, OH 44181 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 | SUNLIGHT CROSS RIVER<br>PO BOX 7526<br>NEWARK, DE 19714 |
| CITIBANK<br>PO BOX 790046<br>ST LOUIS, MO 63179 | GENESIS FS CARD<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 | SUNLIGHT FINANCIAL<br>PO BOX 91910<br>SIOUX FALLS, SD 57109 |

```
SURGE CREDIT CARD              WILLIAM PRESCOTT
P.O. BOX 5096                  1452 HAWTHORNE PLACE
SIOUX FALLS, SD 57117          WELLINGTON, FL 33414



SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 965064
ORLANDO, FL 32896


SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896


SYNOVOUS
PO BOX 856540
SIOUX FALLS, SD 57118


THREE STICKS LENDING
P.O. BOX 1145
MISSION, SD 57555


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001


US DEPT OF HUD
40 MARIETTA ST
ATLANTA, GA 30303


US DEPT OF HUD
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201
```