United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                 Case No. 25-51212-KMS

Deborah Jean Arvazzetti                                                Chapter 7

Gary Dante Arvazzetti

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                              Page 1 of 1

Date Rcvd: Aug 19, 2025                       Form ID: def                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

**Recip ID**             **Recipient Name and Address**
db/jdb             +   Deborah Jean Arvazzetti, Gary Dante Arvazzetti, 302 3rd Ave, Hattiesburg, MS 39401-3869

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Gary Dante Arvazzetti trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Deborah Jean Arvazzetti trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

mssb–defntc (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

In re:                                        Case No.:  25–51212–KMS
                                              Chapter:  7

Deborah Jean Arvazzetti          Gary Dante Arvazzetti
fka Deborah Prescott             302 3rd Ave
302 3rd Ave                      Hattiesburg, MS 39401
Hattiesburg, MS 39401

Social Security / Individual Taxpayer ID No.:
    xxx–xx–3756                        xxx–xx–0680

Employer Tax ID / Other nos.:

## DEFICIENCY NOTICE
### (Notice of Missing Documents and
### Notice of Dismissal if Documents Not Timely Filed)

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Ch 7 Income Form 122A–1 due 09/02/2025
Aty Disclosure Stmt. due 09/02/2025
Means Test Calculation 122A–2 due 09/02/2025
Sum. of Assets and Liabilities due 09/02/2025
Schedules A–J2 due 09/02/2025
Stmt. of Fin. Affairs due 09/02/2025

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) and/or 3015(b) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

**Dated:** 8/19/25                      Danny L. Miller, Clerk of Court
                                        Dan M. Russell, Jr. U.S. Courthouse
                                        2012 15th Street, Suite 244
                                        Gulfport, MS 39501

**Note:** Pursuant to Miss. Bankr. L. R. 1009–1, it is the responsibility of the debtor to notice any added creditors. Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.